OPINION — AG — KEY WORDS: EXPEND, COMMISSIONERS OF THE LAND OFFICE, REVOLVING FUND, DEPLETION, MANAGEMENT AND SALES FUND, IMPROVEMENT, JURISDICTION, CONTROL, BIENNIUM, OTHER FUNDS * * * ANSWER: THE FUNDS MADE AVAILABLE BY THE ABOVE MENTIONED SENATE JOINT RESOLUTION NO. 48 MAY BE USED FOR THE ABOVE MENTIONED PURPOSES, WHEN DEEMED NECESSARY BY THE COMMISSIONERS OF THE LAND OFFICE. CITE: 64 O.S. 1965 Supp., 260 [64-260] (LUSTER COOK)